THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNIVERA INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN TERHUNE, an individual; PATRICIA TERHUNE, an individual; TERHUNE ENTERPRISES, LLC, a Florida limited liability company; MARSHALL DOUGLAS, an individual; DIANA DOUGLAS, an individual; DOUGLAS ENTERPRISES INTERNATIONAL, LLC, a Florida limited liability company, <br><br> Defendants. | Case No. C09-5227 RBL <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING OF MOTION TO DISMISS** <br><br> Note on Motion Calendar: Aug. 25, 2009 |

## **STIPULATION**

Plaintiff and Defendants stipulate and agree as follows:

1. Defendants have filed a motion to dismiss, presently noted for August 21, 2009.

2. Defendants' motion shall be renoted for August 28, 2009, with their reply briefing due the same date.

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR BRIEFING
OF MOTION TO DISMISS -- 1
No. 09-5227 RBL

M40899-1257679

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

**STIPULATED, AGREED TO, AND PRESENTED BY:**

Dated: August 25, 2009

GRAHAM & DUNN PC

By /s/ David C. Lundsgaard
    David C. Lundsgaard, WSBA #25448
Pier 70
2801 Alaskan Way – Suite 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: dlundsgaard@grahamdunn.com

BAKER & HOSTETLER LLP
D. J. Poyfair (admitted *pro hac vice*)
Paul. S. Swedlund (admitted *pro hac vice*)

Attorneys for Defendants

Dated: August 25, 2009

DAVIS WRIGHT TREMAINE LLP

By /s/ Charles Wright
    Charles Wright, WSBA #31940
    Matthew Sullivan, WSBA #40873
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
Tel: (206) 757-8175
Fax: (206) 757-7175
Email: charleswright@dwt.com

Attorneys for Plaintiff Univera Inc.

\*   \*   \*

## ORDER

PURSUANT TO STIPULATION,

IT IS SO ORDERED this 25th day of August, 2009.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2009, I filed the above Stipulation and [Proposed] Order Regarding Schedule for Briefing of Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Charles S. Wright
    Davis Wright Tremaine LLP

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR BRIEFING
OF MOTION TO DISMISS -- 2
No. 09-5227 RBL

M40899-1257679

charleswright@dwt.com

Matthew S. Sullivan
Davis Wright Tremaine LLP
matthewsullivan@dwt.com

D.J. Poyfair
Baker & Hostetler LLP
djpoyfair@bakerlaw.com

Paul S. Swedlund
Baker & Hostetler LLP
pswedlund@bakerlaw.com

DATED this 25th day of August, 2009, at Seattle, Washington.

GRAHAM & DUNN PC

By /s/ David C. Lundsgaard
David C. Lundsgaard

STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR BRIEFING
OF MOTION TO DISMISS -- 3
No. 09-5227 RBL
M40899-1257679

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599