Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNIVERA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN TERHUNE, an individual; TERHUNE ENTERPRISES, LLC, a Florida limited liability company; MARSHALL DOUGLAS, an individual; DOUGLAS ENTERPRISES INTERNATIONAL, LLC, a Florida limited liability company; JOE LAND, an individual; and LGI MEDIA, INC. (a/k/a LAND GROUP INTERNATIONAL, INC.), a South Carolina corporation,<br><br>Defendants.<br><br>JOHN TERHUNE, an individual; TERHUNE ENTERPRISES, LLC, a Florida limited liability company; MARSHALL DOUGLAS, an individual; DOUGLAS ENTERPRISES INTERNATIONAL, LLC, a Florida limited liability company; JOE LAND, an individual; and LGI MEDIA, INC. (a/k/a LAND GROUP | Civil Action No. C09-5227 RBL<br><br>**ORDER GRANTING AGREED MOTION FOR PLAINTIFF TO ANSWER DEFENDANTS' COUNTERCLAIMS OR OTHERWISE RESPOND** |

[PROPOSED] ORDER GRANTING AGREED MOTION FOR PLAINTIFF TO
ANSWER DEFENDANTS' COUNTERCLAIMS OR OTHERWISE RESPOND - 1

Merchant & Gould P.C.
701 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 342-6200

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | INTERNATIONAL, INC.), a South Carolina corporation, |
| 5 | |
| 6 | Counterclaim Plaintiffs, |
| 7 | v. |
| 8 | UNIVERA, INC., a Delaware corporation, |
| 9 | Counterclaim Defendant. |

The COURT has reviewed the parties' Agreed Motion for a Short Extension of Time for Plaintiff to Answer Defendants' Counterclaims or Otherwise Respond, and there is no good reason not to grant the requested relief, the motion not being opposed.

The Court therefore **ORDERS** that the Agreed Motion for a Short Extension of Time for Plaintiff to Answer Defendants' Counterclaims or Otherwise Respond is **GRANTED**. Plaintiff will have up to and including June 4, 2010, to answer Defendants' counterclaims under Fed. R. Civ. P. 12(a) or to otherwise respond under Fed. R. Civ. P. 12(b) or other applicable provisions.

DATED this 28th day of May, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE